UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WALTER SERRANO, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OVERLAND CONTRACTING INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-00063-WLS |

### ORDER OF DISMISSAL WITH PREJUDICE

On December 19, 2025, in accordance with the Fair Labor Standards Act, the Court granted the Parties' Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice. The Court stated that Plaintiff's Complaint would be dismissed with prejudice "upon notice of payment of the settlement amount and attorney fees." (Doc. 17 at 5.) The Parties have jointly notified the Court that the settlement amount and attorney fees have been paid.

Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Each party will bear its own costs.

SO ORDERED, this 9th day of January, 2026.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT JUDGE

Houston, Texas 77027
T: (281) 885-8844

*Counsel for Plaintiff*

Wayne M. Cartwright
Georgia Bar No. 257328
wcartwright@hgrslaw.com
Asher W. Lipsett
Georgia Bar No. 951994
alipsett@hgrslaw.com
3340 Peachtree Road, NE – Suite 1900
Atlanta, Georgia 30326
(404) 442-8776 (phone)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing document using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: January 8, 2026.

/s/ *Matthew J. Gilligan*
Matthew J. Gilligan