IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WALTER SERRANO, on Behalf of Himself and on Behalf of All Others Similarly Situated, | * |
| | * |
| Plaintiff, | Case No. 1:25-CV-63-WLS |
| v. | * |
| OVERLAND CONTRACTING INC., | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 9, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of January, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk